**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter ___ 7

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Yale Entertainment, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Yale Productions

**3. Debtor's federal Employer Identification Number** (EIN)

82-2317678

**4. Debtor's address**

**Principal place of business**

_____
Number         Street

_____
City               State      ZIP Code

_____
County

**Mailing address, if different from principal place of business**

41 Purdy Avenue
_____
Number         Street

PO Box 609
_____
P.O. Box

Rye                    NY      10580-9998
_____
City               State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number         Street

_____
City               State      ZIP Code

**5. Debtor's website** (URL)    yaleentertainment.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number        Street

_____

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/14/2025
          MM  / DD / YYYY

✘ /s/ Jordan Yale Levine and Jordan Beckerman        Jordan Yale Levine and Jordan Beckerman
Signature of authorized representative of debtor         Printed name

Title  Managing Members

---

**18. Signature of attorney**

✘ /s/ Yann Geron                    Date  05/14/2025
Signature of attorney for debtor            MM   / DD / YYYY

Yann Geron
Printed name

Geron Legal Advisors LLC
Firm name

370 Lexington Avenue 1208
Number        Street

New York                    NY        10017
City                     State      ZIP Code

(646) 560-3224                ygeron@geronlegaladvisors.com
Contact phone                 Email address

2252609                    NY
Bar number                  State

---

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**    **Summary of Assets**

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .........................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................

   $ _____ 18,025,271.12

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................................

   $ _____ 18,025,271.12

---

**Part 2:**    **Summary of Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................

   $ _____ 21,983,050.07

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

   **+**$ _____ 32,854,304.49

4. **Total liabilities**...........................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 54,837,354.56

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**      $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank, N. A. | Checking | 8 3 8 5 | $ 0.00 |
| 3.2. | JPMorgan Chase Bank, N. A. | Checking | 5 5 1 5 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 0.00

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Prepaid interest | $ 33,500.00 |
| 7.2. | _____ | $_____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 33,500.00

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | 0.00 face amount | – | 0.00 doubtful or uncollectible accounts | = ....... ➜ | $ 0.00 |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 16,979,879.23 face amount | – | 0.00 doubtful or uncollectible accounts | = ....... ➜ | $ 16,979,879.23 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 16,979,879.23

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. See Schedule A/B Part 4, Question 15 Attachment    _____%    $ 936,891.89

15.2. _____    _____%    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 936,891.89

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale**<br>See Schedule A/B Part 5, Question 21 Attachment | _____<br>MM / DD / YYYY | $_____ | _____ | 75,000.00<br>$_____ |
| **22. Other inventory or supplies**<br>Unfinished films | 04/30/2025<br>MM / DD / YYYY | $_____ | _____ | 0.00<br>$_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 75,000.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>Licensing rights regarding sequels and remakes of Debtor-owned fil | $_____ | 0.00<br>_____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00          —    0.00          = ➡   $ 0.00
                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

Listed as additional insured on insurance policies related to each filr    $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Counterclaims filed in various MCA actions in NY    $ Unknown

**Nature of claim**    breach of contract; usury
**Amount requested**   $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**    _____
**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|--------|-------------------------|------------------------|
|        | Name                    |                        |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 33,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 16,979,879.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 936,891.89 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 75,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 18,025,271.12 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. $ 18,025,271.12    $ 18,025,271.12

**Fill in this information to identify the case:**

Debtor name    Yale Entertainment, LLC

United States Bankruptcy Court for the:    Southern District of New York

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name
Amy and Matt Newman

Describe debtor's property that is subject to a lien
Yale Assets

$ 149,110.13    $ 0.00

Creditor's mailing address

90 Fairhaven Road
Cumberland, RI 2864

Creditor's email address, if known

Describe the lien
Security Agreement/UCC

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    6/22/2023
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Bill Kenwright Studios Limited

Describe debtor's property that is subject to a lien
Yale Assets

$1,633,959.13    $0.00

Creditor's mailing address
BKL House 1 Venice Walk
London, PA W2 IRR

Creditor's email address, if known

Describe the lien
Security Agreement/UCC

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    5/5/2022
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 21,983,050.07

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
Complex Management LLC
_____

**Creditor's mailing address**

25 Little Bay Harbor Drive
Ponte Vedra Beach, FL 32082
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**    11/8/2022
**Last 4 digits of account**
**number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Yale Assets

$658,415.18        $ 0.00

**Describe the lien**
Security Agreement/UCC
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**2.4** **Creditor's name**
Edmund Lowell
_____

**Creditor's mailing address**

373857 Baan Ur Ar Thorn Nong Hoy
Building 20 Floor 3, Chiangmai, IN 5000
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**    11/13/2024
**Last 4 digits of account**
**number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Yale Assets

$ 2,967,000.00      $ 0.00

**Describe the lien**
Security Agreement/UCC
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5 Creditor's name**
John Wollman
_____

**Creditor's mailing address**

4048 Harmon Court
Collegeville, PA 19426

**Creditor's email address, if known**
_____

**Date debt was incurred**   7/26/2023
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Yale Assets

**Describe the lien**
Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $625,000.00
Column B: $0.00

**2.6 Creditor's name**
Kerberos Capital Fund III LP
_____

**Creditor's mailing address**

17 North State St Suite 1600
Chicago, IL 60602

**Creditor's email address, if known**
_____

**Date debt was incurred**   12/6/2024
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Yale Assets

**Describe the lien**
Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $4,500,000.00
Column B: $0.00

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name
Kurt Ebner
_____

**Creditor's mailing address**

10 Windermere Terrace
_____
Short Hills, NJ 7078
_____

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

Yale Assets

$1,637,565.63          $ 0.00

**Date debt was incurred**    2/16/2023
**Last 4 digits of account number**    _____

**Describe the lien**

Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** Creditor's name
Lake Michigan Credit Union
_____

**Creditor's mailing address**

5540 Glenwood Hills Pkwy SE
_____
Grand Rapids, MI 49512
_____

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

Yale Assets

$4,500,000.00          $ 0.00

**Date debt was incurred**    _____
**Last 4 digits of account number**    _____

**Describe the lien**

Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** **Creditor's name**
Miro Productions LLC

_____

**Creditor's mailing address**

14 Neel Court
Sayville, NY 11782

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/16/2022
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Yale Assets

**Describe the lien**

Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $77,000.00   Column B: $0.00

---

**2.10** **Creditor's name**
Ocean Crest Ventures LLC

_____

**Creditor's mailing address**

133 Old Quarry Road
Guilford, CT 6437

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   8/19/2024
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Yale Assets

**Describe the lien**

Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,200,000.00   Column B: $0.00

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11 Creditor's name**
Randy Kleinman

**Describe debtor's property that is subject to a lien**
Yale Assets

$3,035,000.00        $ 0.00

**Creditor's mailing address**

75 McCullsen Dr
Dix Hills, NY 11746

**Creditor's email address, if known**

**Date debt was incurred** 8/22/2022
**Last 4 digits of account number** _____

**Describe the lien**
Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

　　☐ Yes. The relative priority of creditors is specified on lines _____

**2.12 Creditor's name**
SSS Entertainment LLC

**Describe debtor's property that is subject to a lien**
Yale Assets

$ 1,000,000.00        $ 0.00

**Creditor's mailing address**

William Tarver II, Samuel James Spurgeon
1501A Wimbledon Dr Suite 130, Alexandria

**Creditor's email address, if known**

**Date debt was incurred** 12/23/2024
**Last 4 digits of account number** _____

**Describe the lien**
Security Agreement/UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Aviva Carroll<br>3932 51st Street<br>Woodside, NY, 11377 | Line 2. 11 | _____ |
| Shaun Sanghani<br>1501A Wimbledon Dr Suite 130<br>Alexandria, LA, 71301 | Line 2. 12 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Yale Entertainment, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
ACTRA
625 Church Street Suite 300
Toronto ON, NV

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 37,295.63

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Amber Martin & Walter Geoffrey, Inc.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 288,000.00

Date or dates debt was incurred   8/29/2024
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Andrey Ivanov
40 Bensmill Court
Reisertown, MD 21136

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 296,302.40

Date or dates debt was incurred   5/5/2024
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
Andy Rich
2052 21st St Apt 3C
Astoria, NY 11105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 48,000.00

Date or dates debt was incurred   7/5/2024
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
Andy Rich
2052 21st St Apt 3C
Astoria, NY 11105

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guarantee Obligation

$ 60,000.00

Date or dates debt was incurred   10/5/2023
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Bandlow Law
1801 Century Park East Suite 2400
Los Angeles, CA 90067

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,485.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Bee Hive Productions LLC
8815 Conroy Windermere Rd 375
Orlando, FL 32835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 300,000.00

Date or dates debt was incurred     10/25/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**

Bee Hive Productions LLC
8815 Conroy Windermere Rd 375
Orlando, FL 32835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 226,343.86

Date or dates debt was incurred     10/19/2021

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**

Bee Hive Productions LLC
8815 Conroy Windermere Rd 375
Orlando, FL 32835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 400,000.00

Date or dates debt was incurred     6/15/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**

Bee Hive Productions LLC
8815 Conroy Windermere Rd 375
Orlando, FL 32835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 400,000.00

Date or dates debt was incurred     6/15/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**

Bee Hive Productions LLC
8815 Conroy Windermere Rd 375
Orlando, FL 32835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 14,463.89

Date or dates debt was incurred     11/8/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**   **Nonpriority creditor's name and mailing address**

Bee Hive Productions LLC
8815 Conroy Windermere Rd 375
Orlando, FL 32835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**$ 226,343.86**

Date or dates debt was incurred    10/19/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13**   **Nonpriority creditor's name and mailing address**

Ben Walter
40 Bensmill Court
Reisterstown, MD 21136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 644,000.00**

Date or dates debt was incurred    6/5/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**   **Nonpriority creditor's name and mailing address**

BizFund LLC
2370 McDonald Ave Fl 2
Brooklyn, NY 11223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**$ Unknown**

Date or dates debt was incurred    9/10/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**   **Nonpriority creditor's name and mailing address**

Blue Isle, LLC
1309 Coffeen Ave Suite 1200
Sheridan, WY 82801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**$ 90,000.00**

Date or dates debt was incurred    5/16/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**   **Nonpriority creditor's name and mailing address**

Blue Rider Media Capital, Inc.
14011 Ventura Blvd.
Sherman Oaks, CA 91423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ Unknown**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yale Entertainment, LLC | Case number *(if known)* _____ |
|--------|------------------------|---------------------------------------------|
| | Name | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** **Nonpriority creditor's name and mailing address**
Brian Cohen
145 Hardy Pond Rd
Waltham, MA 2451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     6/15/2023

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 350,000.00

---

**3.18** **Nonpriority creditor's name and mailing address**
Brian Unger
72 Via Da Vinci
Clifton Park, NY 12065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred     12/13/2023

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 360,000.00

---

**3.19** **Nonpriority creditor's name and mailing address**
Brian Unger
72 Via Da Vinci
Clifton Park, NY 12065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred     3/15/2024

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 180,000.00

---

**3.20** **Nonpriority creditor's name and mailing address**
Bush Gottlieb Law Corporation
801 N Brand Blvd 950
Glendale, CA 91203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

---

**3.21** **Nonpriority creditor's name and mailing address**
Carla Jones
carlajonesre@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred     5/10/2024

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 180,000.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 5 of 32

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.22  Nonpriority creditor's name and mailing address**

Carla Jones
carlajonesre@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 146,250.00

Date or dates debt was incurred    11/20/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23  Nonpriority creditor's name and mailing address**

Cast and Crew
450 Seventh Ave Suite 1703
New York, NY 10123

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 8,547.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24  Nonpriority creditor's name and mailing address**

Cavallino Entertainment
340 Wood Lands Road
Harrison, NY 10528

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 156,250.00

Date or dates debt was incurred    9/6/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25  Nonpriority creditor's name and mailing address**

Champ and Paper
355 Adelaide St W
Toronto, ON M5V 2L1 CA

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 5,000.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26  Nonpriority creditor's name and mailing address**

Cole Lannum
15 Stonehenge Drive
Westwood, MA 2090

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 90,000.00

Date or dates debt was incurred    11/4/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yale Entertainment, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27** Nonpriority creditor's name and mailing address

Compumark
160 Blackfriars Rd
London, NJ

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantee Obligation

$ 3,609.21

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Dajana Gudic
7309 Franklin Ave 301
Los Angeles, CA 90046

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantee Obligation

$ 120,000.00

Date or dates debt was incurred 2/20/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Dan Sandshaw
dan.sandshaw@equalvision.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 165,000.00

Date or dates debt was incurred 10/29/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

David Nazar
United Wellness Solutions LLC
Paramus, NJ 7652

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantee Obligation

$ 55,000.00

Date or dates debt was incurred 11/14/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

David Rudnick
8 Mohawk Rd
Canton, MA 2021

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantee Obligation

$ 120,000.00

Date or dates debt was incurred 2/20/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Declan Morgan
7901 4th St N Suite 300
Petersburg, FL 33702

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    1/27/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 500,000.00

---

**3.33** Nonpriority creditor's name and mailing address

Declan Morgan
7901 4th St N Suite 300
Petersburg, FL 33702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    11/6/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 230,000.00

---

**3.34** Nonpriority creditor's name and mailing address

Declan Morgan
7901 4th St N Suite 300
Petersburg, FL 33702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    10/16/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 168,750.00

---

**3.35** Nonpriority creditor's name and mailing address

Dual Venture
60 CUTTERMILL ROAD, SUITE 609
Great Neck, NY 11021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    9/24/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,250,000.00

---

**3.36** Nonpriority creditor's name and mailing address

Edmund Lowell
373857 Baan Ur Ar Thorn Nong Hoy
Building 20 Floor 3
Chiangmai, IN 5000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    10/17/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 165,000.00

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 37    **Nonpriority creditor's name and mailing address**

Edward Nugent
317 Overbrook Rd
Piscataway, NJ 7046

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 30,000.00

Date or dates debt was incurred    10/28/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 38    **Nonpriority creditor's name and mailing address**

EFM
11 Potzdamer Platz
Berlin, DE 10785

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 570.49

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 39    **Nonpriority creditor's name and mailing address**

Element CPA PC
692 Kirkwood Ave SE D1
Atlanta, GA 30305-2296

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 4,736.80

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 40    **Nonpriority creditor's name and mailing address**

Eric Goren
67 Aster St
Massapequa Park, NY 11762

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 30,000.00

Date or dates debt was incurred    10/26/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 41    **Nonpriority creditor's name and mailing address**

Extra Space Storage
2795 East Cottonwood Pkwy Suite 300
Salt Lake City, UT 84121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 506.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yale Entertainment, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

FedEx
942 South Shady Grove Road
Memphis, TN 38120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.43** Nonpriority creditor's name and mailing address

Film Holdings Capital, LLC
15233 Ventura Blvd 620
Sherman Oaks, CA 91403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    3/8/2024

Last 4 digits of account number _____

$ 756,000.00

---

**3.44** Nonpriority creditor's name and mailing address

Flagler Advance LLC
333 Clematis St Ste 201
West Plam Beach, FL 33401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    11/26/2024

Last 4 digits of account number _____

$ Unknown

---

**3.45** Nonpriority creditor's name and mailing address

Forward Financing LLC
53 State St 20th Fl
Boston, MA 2109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    2/23/2024

Last 4 digits of account number _____

$ Unknown

---

**3.46** Nonpriority creditor's name and mailing address

Fox Rothschild LLP
101 Park Avenue 17th Floor
New York, NY 10178

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** Nonpriority creditor's name and mailing address

Gelt Investments
6401 Congress Ave Suite 215
Boca Raton, FL 33487

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 87,500.00

Date or dates debt was incurred   1/16/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Gigi Lacks
7018 Del Corso Lane
Delray Beach, FL 33446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 110,000.00

Date or dates debt was incurred   9/13/2024

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Gigi Lacks
7018 Del Corso Lane
Delray Beach, FL 33446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 55,000.00

Date or dates debt was incurred   11/6/2024

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

GoDaddy
2155 E GoDaddy Way
Tempe, AZ 85284

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Gold Capital USA aka Redstone
13101 W Washington Blvd
Los Angeles, CA 90066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred   12/27/2024

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yale Entertainment, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Greg Mulligan
1 International Blvd Suite 400
Mahwah, NJ 7495

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 273,788.00

Date or dates debt was incurred    12/21/2021

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Greg Ruden
915 Mortonsberry Dr
Naperville, IL 60540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 556,116.00

Date or dates debt was incurred    3/30/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Greg Ruden
915 Mortonsberry Dr
Naperville, IL 60540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 539,263.80

Date or dates debt was incurred    5/1/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Greg Ruden
915 Mortonsberry Dr
Naperville, IL 60540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,198,024.00

Date or dates debt was incurred    9/30/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Greg Ruden
915 Mortonsberry Dr
Naperville, IL 60540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,057,740.00

Date or dates debt was incurred    9/30/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 57   **Nonpriority creditor's name and mailing address**

Harbor Post

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 15,000.00

---

**3.** 58   **Nonpriority creditor's name and mailing address**

Jeff Rothstein

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 4/18/2024

**Last 4 digits of account number** _____

$ 60,000.00

---

**3.** 59   **Nonpriority creditor's name and mailing address**

Jeffrey B. Larson
6 Arlington St Unit 5
Boston, MA 2116

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 4/6/2022

**Last 4 digits of account number** _____

$ 30,000.00

---

**3.** 60   **Nonpriority creditor's name and mailing address**

Jeremy Rothstein
Crescent Lane Advisors
175 Crescent Lane
Roslyn Heights, NY 11577

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 6/7/2024

**Last 4 digits of account number** _____

$ 125,500.00

---

**3.** 61   **Nonpriority creditor's name and mailing address**

Jeremy Rothstein
Crescent Lane Advisors
175 Crescent Lane
Roslyn Heights, NY 11577

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 4/12/2024

**Last 4 digits of account number** _____

$ 60,000.00

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.62 Nonpriority creditor's name and mailing address**

Jeremy Rothstein
Crescent Lane Advisors
175 Crescent Lane
Roslyn Heights, NY 11577

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 165,000.00

Date or dates debt was incurred    10/18/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63 Nonpriority creditor's name and mailing address**

Jeremy Rothstein
Crescent Lane Advisors
175 Crescent Lane
Roslyn Heights, NY 11577

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 110,000.00

Date or dates debt was incurred    8/14/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64 Nonpriority creditor's name and mailing address**

Jerre Van dan Bent
1630 Junior Drive
Dallas, TX 75208

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 280,000.00

Date or dates debt was incurred    7/20/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65 Nonpriority creditor's name and mailing address**

Jerre Van den Bent
1631 Junior Drive
Dallas, TX 75209

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 215,288.41

Date or dates debt was incurred    6/8/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66 Nonpriority creditor's name and mailing address**

Jill Bussanich
97 Seabreeze Ave
Middletown, NJ 7748

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 82,500.00

Date or dates debt was incurred    9/13/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Yale Entertainment, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 67 **Nonpriority creditor's name and mailing address**

John Inguagiato
1 Pin Oak Road
West Caldwell, NJ 7006

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 300,000.00

Date or dates debt was incurred        2/4/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.** 68 **Nonpriority creditor's name and mailing address**

John Inguagiato
1 Pin Oak Road
West Caldwell, NJ 7006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 110,000.00

Date or dates debt was incurred        11/8/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 69 **Nonpriority creditor's name and mailing address**

John McMullan
55 Fifth Avenue Suite 1807
New York, NY 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 60,000.00

Date or dates debt was incurred        12/7/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
✔ No
☐ Yes

**3.** 70 **Nonpriority creditor's name and mailing address**

John S Wollman
4048 Harmon Court
Collegeville, PA 19426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 56,000.00

Date or dates debt was incurred        8/27/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.** 71 **Nonpriority creditor's name and mailing address**

Joseph Huguenot

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 60,000.00

Date or dates debt was incurred        10/25/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
✔ No
☐ Yes

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72 Nonpriority creditor's name and mailing address**

Josh Buchalter

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    4/19/2024

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 60,000.00

---

**3.73 Nonpriority creditor's name and mailing address**

Kash Advance LLC
475 Nothern Blvd Ste 36
Great Neck, NY 11021

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred    1/31/2025

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ Unknown

---

**3.74 Nonpriority creditor's name and mailing address**

Lumsden Mccormick CPA
396 Franklin St
Buffalo, NY 14202

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 100,000.00

---

**3.75 Nonpriority creditor's name and mailing address**

MA Dept of Revenue Collective
100 Cambridge Street 1703
Boston, MA 2114

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 4,482.00

---

**3.76 Nonpriority creditor's name and mailing address**

Mancini Shenk LLP
1925 Century Park East Suite 1700
Los Angeles, CA 90019

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 16,224.95

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

Marc McGivney
54 Warwick Road
Rockville Cntre, NY 11570

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guarantee Obligation

$ 25,000.00

Date or dates debt was incurred       10/21/2021

Last 4 digits of account number       _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

Matt Ajayi
6250 Hollywood Blvd Suite 7E
Los Angeles, CA 90028

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guarantee Obligation

$ 125,000.00

Date or dates debt was incurred       5/8/2024

Last 4 digits of account number       _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

Matt Ajayi
6251 Hollywood Blvd Suite 7E
Los Angeles, CA 90028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 230,000.00

Date or dates debt was incurred       11/27/2024

Last 4 digits of account number       _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

Maximus Seale
867 Grafton St 1067
Worcester, MA 1604

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guarantee Obligation

$ 30,000.00

Date or dates debt was incurred       11/22/2023

Last 4 digits of account number       _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

Megan Kelleher
444 Far Reach Rd
Westwood, MA 2090

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guarantee Obligation

$ 30,000.00

Date or dates debt was incurred       4/6/2022

Last 4 digits of account number       _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** Nonpriority creditor's name and mailing address

Michael Burkert
101 La Serena Ave
Alamo, CA 94507

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 60,000.00

Basis for the claim: Guarantee Obligation

Date or dates debt was incurred    11/2/2023

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

Mohsen Mafinejad
122 Hackensack St 1st Floor
Woodridge, NJ 7075

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 55,000.00

Basis for the claim: Guarantee Obligation

Date or dates debt was incurred    5/1/2023

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

Neal Cupersmith
Cupersmith Wilensky Stempler LLC
2500 McClellan Blvd STE 100
Pennsauken, NJ 8109

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 60,000.00

Basis for the claim: Guarantee Obligation

Date or dates debt was incurred    4/13/2022

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

NewCo Capital
90 Broad St Ste 903
NewYork, NY 1004

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ Unknown

Basis for the claim:

Date or dates debt was incurred    7/5/2024

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

P16 Ventures, LLC
175 SECOND STREET SOUTH PH #16
ST. PETERSBURG, FL 33701

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 733,365.20

Basis for the claim:

Date or dates debt was incurred    5/8/2024

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.87 Nonpriority creditor's name and mailing address

Patrick Heaphy
ONE BLUE HILL PLAZA, PEARL RIVER
NY, NY 10965

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 112,500.00

| Date or dates debt was incurred | 6/28/2022 | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| Last 4 digits of account number | | |

### 3.88 Nonpriority creditor's name and mailing address

Patrick Heaphy
ONE BLUE HILL PLAZA, PEARL RIVER
NY, NY 10966

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 60,000.00

| Date or dates debt was incurred | 1/17/2023 | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| Last 4 digits of account number | | |

### 3.89 Nonpriority creditor's name and mailing address

Patrick Heaphy
ONE BLUE HILL PLAZA, PEARL RIVER
NY, NY 10967

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 60,000.00

| Date or dates debt was incurred | 8/9/2022 | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| Last 4 digits of account number | | |

### 3.90 Nonpriority creditor's name and mailing address

Patrick Heaphy
ONE BLUE HILL PLAZA, PEARL RIVER
NY, NY 10968

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 90,000.00

| Date or dates debt was incurred | 10/19/2023 | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| Last 4 digits of account number | | |

### 3.91 Nonpriority creditor's name and mailing address

Paul Tietz
150 W 77th St Apt 2
New York, NY 10024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 60,000.00

| Date or dates debt was incurred | 10/6/2023 | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|
| Last 4 digits of account number | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.92**  Nonpriority creditor's name and mailing address

Paul Wedgewood
PE FILMS
1900 Avenue of the Stars
Los Angeles, CA 90267

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    4/28/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600,000.00

---

**3.93**  Nonpriority creditor's name and mailing address

Paul Wedgewood
PE FILMS
1900 Avenue of the Stars
Los Angeles, CA 90267

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    11/14/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 625,000.00

---

**3.94**  Nonpriority creditor's name and mailing address

Pearl Delta Funding LLC
470 2nd Ave #100
New York, NY 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred    7/25/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.95**  Nonpriority creditor's name and mailing address

Pinnacle Mgmt Grp, Inc.
47 Cortland Trail
Mahwah, NJ 07430

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    12/1/2020

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48,000.00

---

**3.96**  Nonpriority creditor's name and mailing address

Pinnacle Mgmt Grp, Inc.
47 Cortland Trail
Mahwah, NJ 07430

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    9/3/2020

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,000.00

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97 Nonpriority creditor's name and mailing address**

Pinnacle Mgmt Grp, Inc.
47 Cortland Trail
Mahwah, NJ 07430

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    5/30/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,725,000.00

---

**3.98 Nonpriority creditor's name and mailing address**

Pinnacle Mgmt Grp, Inc.
47 Cortland Trail
Mahwah, NJ 07430

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    4/11/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 180,000.00

---

**3.99 Nonpriority creditor's name and mailing address**

Pinnacle Mgmt Grp, Inc.
47 Cortlandt Trail
Mahwah, NJ 07430

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    9/1/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 340,500.00

---

**3.100 Nonpriority creditor's name and mailing address**

Post Capital, LLC
4 North Lake Road
Armonk, NY 10504

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

Date or dates debt was incurred    7/21/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 543,596.66

---

**3.101 Nonpriority creditor's name and mailing address**

Proventure Capital LLC
dba Top Tier Capital
101 Arch St Ste 1830
Boston, MA 02110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

| Debtor | Yale Entertainment, LLC | Case number (if known) _____ |
|--------|-------------------------|------------------------------------------------|
|        | Name                    |                                                |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 102 **Nonpriority creditor's name and mailing address**

Quealy & Moore
812 Alston Lane
Santa Barbara, CA 93108

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 300,000.00

Date or dates debt was incurred   1/24/2024

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 103 **Nonpriority creditor's name and mailing address**

Rainmaker Films, LLC
1 Bradbury Place
Riverside, CT 6878

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 662,750.00

Date or dates debt was incurred   10/27/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 104 **Nonpriority creditor's name and mailing address**

Rainmaker Films, LLC
1 Bradbury Place
Riverside, CT 6878

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 543,596.66

Date or dates debt was incurred   7/21/2022

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 105 **Nonpriority creditor's name and mailing address**

Rainmaker Films, LLC
1 Bradbury Place
Riverside, CT 6878

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 980,462.59

Date or dates debt was incurred   12/8/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 106 **Nonpriority creditor's name and mailing address**

Ramo Law
130 West 25th St Suite 4D
New York, NY 10001

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 80,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | Yale Entertainment, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 107 **Nonpriority creditor's name and mailing address**

Randy Stephenson
10036 A Park Cedar Drive
Charlotte, NC 28210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 150,000.00

Date or dates debt was incurred        5/23/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 108 **Nonpriority creditor's name and mailing address**

RASI
5301 Southwest Pkwy 400
Austin, TX 78735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 405.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 109 **Nonpriority creditor's name and mailing address**

Robert Levine
36 Halyard Road
North Woodmere, NY 11581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,200,000.00

Date or dates debt was incurred        3/5/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 110 **Nonpriority creditor's name and mailing address**

Robin Haworth
447 Ft Washington Ave 53
New York, NY 10033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 24,000.00

Date or dates debt was incurred        10/16/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 111 **Nonpriority creditor's name and mailing address**

Rothman Brecher Ehrich Livingston dba RBEL
9250 Wilshire Blvd
Penthouse
Beverly Hills, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yale Entertainment, LLC | Case number (*if known*) _____ |
|--------|------------------------|-------------------------------------------|
|        | Name                   |                                           |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **112**  **Nonpriority creditor's name and mailing address**

Round the Hill Music
650 Fifth Ave Ste 1420
New York, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.** **113**  **Nonpriority creditor's name and mailing address**

Roz Rothstein
27110 Grand Central Pkwy 25W
Floral Park, NY 11005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    7/27/2022

Last 4 digits of account number _____

$ 79,987.00

---

**3.** **114**  **Nonpriority creditor's name and mailing address**

RR1 Ventures LLC
916 Mortonsberry Dr
Naperville, IL 60540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    3/1/2022

Last 4 digits of account number _____

$ 80,000.00

---

**3.** **115**  **Nonpriority creditor's name and mailing address**

RR1 Ventures LLC
916 Mortonsberry Dr
Naperville, IL 60540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/23/2023

Last 4 digits of account number _____

$ 175,950.00

---

**3.** **116**  **Nonpriority creditor's name and mailing address**

RR1 Ventures LLC
916 Mortonsberry Dr
Naperville, IL 60540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    9/28/2023

Last 4 digits of account number _____

$ 300,000.00

---

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 117  Nonpriority creditor's name and mailing address

Sabine Stener
Katsu Investments LLC
25 Highland Park Vlg 100857
Dallas, TX 75205

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 275,000.00

Date or dates debt was incurred    12/7/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 118  Nonpriority creditor's name and mailing address

Sabine Stener
Katsu Investments LLC
25 Highland Park Vlg 100857
Dallas, TX 75205

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 120,000.00

Date or dates debt was incurred    11/18/2020

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 119  Nonpriority creditor's name and mailing address

Sabine Stener
Katsu Investments LLC
25 Highland Park Vlg 100857
Dallas, TX 75205

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 200,000.00

Date or dates debt was incurred    7/29/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 120  Nonpriority creditor's name and mailing address

Sabine Stener
Katsu Investments LLC
25 Highland Park Vlg 100857
Dallas, TX 75205

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 660,000.00

Date or dates debt was incurred    10/24/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 121  Nonpriority creditor's name and mailing address

Sabine Stener
Katsu Investments LLC
25 Highland Park Vlg 100857
Dallas, TX 75205

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 780,000.00

Date or dates debt was incurred    4/21/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yale Entertainment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 122 **Nonpriority creditor's name and mailing address**

Scott Fink
127 Andover Road
Roslyn Heights, NY 11577

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 60,000.00

Date or dates debt was incurred  4/16/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 123 **Nonpriority creditor's name and mailing address**

Scott Levenson
1431 Ocean Avenue 620
Santa Monica, CA 90401

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 122,500.00

Date or dates debt was incurred  7/3/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 124 **Nonpriority creditor's name and mailing address**

Scott Levenson
1431 Ocean Avenue 620
Santa Monica, CA 90401

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 462,875.00

Date or dates debt was incurred  7/31/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 125 **Nonpriority creditor's name and mailing address**

Simon Cooper
717 St Georges Ave
Woodbridge, NJ 7095

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee Obligation

$ 120,000.00

Date or dates debt was incurred  6/14/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 126 **Nonpriority creditor's name and mailing address**

Singleton Reynolds
925 West Georgia Street Suite 1200
Vancouver BC V6C 3L2, NV

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 25,737.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 127 **Nonpriority creditor's name and mailing address**

Sky Holdings
Attn Robbin Paper 24023
Middleton Dr
Selbyville, DE 19975

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,037,500.00

Date or dates debt was incurred    6/28/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 128 **Nonpriority creditor's name and mailing address**

SSS Entertainment LLC
1501A Wimbledon Dr Suite 130
Alexandria, LA 71301

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 1,775,948.08

Date or dates debt was incurred    6/7/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 129 **Nonpriority creditor's name and mailing address**

Steven Tussi
693 Peachtree St NE APT 17G
Atlanta, GA 30308

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 55,000.00

Date or dates debt was incurred    10/20/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 130 **Nonpriority creditor's name and mailing address**

Storage Post
2795 Peachtree Rd NW Ste 300
Atlanta, GA 30305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 131 **Nonpriority creditor's name and mailing address**

SuperK Ventures LLC
11 Sollazzo Ln
Highland, NY 12528

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 60,000.00

Date or dates debt was incurred    6/15/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 132** Nonpriority creditor's name and mailing address

Tara Martin
14542 7th Ave
Whitestone, NY 11357

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 240,000.00

Basis for the claim: Guarantee Obligation

Date or dates debt was incurred    7/29/2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 133** Nonpriority creditor's name and mailing address

Tara Martin
14542 7th Ave
Whitestone, NY 11357

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 120,000.00

Basis for the claim: Guarantee Obligation

Date or dates debt was incurred    9/30/2022

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 134** Nonpriority creditor's name and mailing address

Thomas Alexander
tompatman@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55,000.00

Basis for the claim:

Date or dates debt was incurred    5/24/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 135** Nonpriority creditor's name and mailing address

Thomas Alexander
tompatman@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 56,000.00

Basis for the claim: Guarantee Obligation

Date or dates debt was incurred    4/8/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 136** Nonpriority creditor's name and mailing address

Thomas Capital
2500 Bee Cave Road
Building One, Suite 390
Austin, TX 78701

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 180,000.00

Basis for the claim: Guarantee Obligation

Date or dates debt was incurred    4/22/2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** Nonpriority creditor's name and mailing address

Top Tier Capital
101 Arch St Ste 1830
Boston, MA 2110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred    12/31/2024

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.138** Nonpriority creditor's name and mailing address

Torchlight Entertainment
269 S Beverly Dr Ste 941
Beverly Hills, CA 90212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,300,000.00

Date or dates debt was incurred    2/28/2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.139** Nonpriority creditor's name and mailing address

United Wellness Solutions, LLC/ David Nazar
38 Hemloack Dr
Paramus, NJ 7652

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guarantee Obligation

$ 55,000.00

Date or dates debt was incurred    11/14/2023

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.140** Nonpriority creditor's name and mailing address

Wagner Media Finance, LLC
5516 Montalcino Blvd.
Flower Mound, TX 75022

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.141** Nonpriority creditor's name and mailing address

WGA
7000 W 3rd St
Los Angeles, CA 90048

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guarantee Obligation

$ 5,000.00

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

| Debtor | Yale Entertainment, LLC | Case number *(if known)* _____ |
|--------|-------------------------|--------------------------------------------------|
|        | Name                    |                                                  |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** **142** **Nonpriority creditor's name and mailing address**

Whitney Capital Partners
463 Seventh Avenue 12th Floor
New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 396,750.00

Date or dates debt was incurred    9/12/2024

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** **143** **Nonpriority creditor's name and mailing address**

Will Hirschfeld
8 Palms Blvd
Los Angeles, CA 90034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 65,000.00

Date or dates debt was incurred    6/17/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** **144** **Nonpriority creditor's name and mailing address**

William Green
17319 Foxborough Ln
Boca Raton, FL 33456

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 60,000.00

Date or dates debt was incurred    5/10/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** **145** **Nonpriority creditor's name and mailing address**

Work From Bed, LLC
4 Providence Rd
Marlton, NJ 8053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 10,000.00

Date or dates debt was incurred    4/18/2022

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** **146** **Nonpriority creditor's name and mailing address**

Zahavi LLC
488 NE 18th St, Unit 4312
Miami, FL 33132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Obligation

$ 255,000.00

Date or dates debt was incurred    10/1/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708 | Line _____<br>☑ Not listed. Explain: | _____ |
| 4.2. | CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | Line _____<br>☑ Not listed. Explain | _____ |
| 4.3. | First Corporate Solutions<br>914 S Street<br>Sacramento, CA 95811 | Line _____<br>☑ Not listed. Explain | _____ |
| 4.4. | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | Line _____<br>☑ Not listed. Explain<br>notice only | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

| Debtor | Yale Entertainment, LLC | Case number *(if known)* _____ |
|--------|-------------------------|---------------------------------------------------|
|        | Name                    |                                                   |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ 32,854,304.49 |
| 5c.  **Total of Parts 1 and 2**<br>       Lines 5a + 5b = 5c. | 5c. | $ 32,854,304.49 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Contracts on unfinished films. See Schedule G Attachment. | Various |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name ___Yale Entertainment, LLC___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (*If known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/14/2025___          ✖ /s/ Jordan Yale Levine and Jordan Beckerman
          MM / DD / YYYY              _____
                                      Signature of individual signing on behalf of debtor

                                      Jordan Yale Levine and Jordan Beckerman
                                      _____
                                      Printed name

                                      Managing Members
                                      _____
                                      Position or relationship to debtor

❑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br><sub>MM / DD / YYYY</sub> | to | Filing date | ☑ Operating a business<br>❑ Other | $ 9,102.76 |
| **For prior year:** | From 01/01/2024<br><sub>MM / DD / YYYY</sub> | to | 12/31/2024<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>❑ Other | $ 2,596,583.58 |
| **For the year before that:** | From 01/01/2023<br><sub>MM / DD / YYYY</sub> | to | 12/31/2023<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>❑ Other | $ 3,944,742.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br><sub>MM / DD / YYYY</sub> | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br><sub>MM / DD / YYYY</sub> | to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |
| **For the year before that:** | From _____<br><sub>MM / DD / YYYY</sub> | to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Swing Trading Lab LLC<br>Creditor's name<br>Miami, FL | | $ 275,000.00 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4<br>Insider's name<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. See Attached SOFA Part 2, Question 5 | | _____ | $_____ |
| Creditor's name | | | |
| 5.2. | | _____ | $_____ |
| Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Proventure Capital LLC d/b/a Top Tier Capital v. Yale Entertainment LLC, et al. | breach of contract/breach of guaranty | Superior Court for the State of Connecticut, Judicial District of Stamford/Norwalk at Stamford | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | 123 Hoyt Street Stamford, CT 06905 | |
| | FST-CV25-6072004-S | | | |
| 7.2. | **Case title** Pearl Delta Funding, LLC v. Yale Entertainment, LLC and Jordan Levine | | **Court or agency's name and address** Circuit Court, 11th Judicial Circuit, Miami-Dade County, Florida | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | breach of agreement, breach of g | 175 NW 1st Avenue Miami, FL 33128 | |
| | 2025-004836 CA 01 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** _____ | **Court name and address** _____ Name |
| | **Case number** _____ | _____ |
| | **Date of order or assignment** _____ | |

---

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Push for Entrepeneurship _____ Recipient's name P.O. Box 230311 Hartford, CT 06123 | charitable contribution | 11/2024 _____ | $ 3,500.00 |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Geron Legal Advisors LLC | Flat-fee payment | 04/2023 | $ 20,000.00 |
| | **Address** | | | |
| | 370 Lexington Avenue, Suite 1208 New York, NY 10017 | | | |
| | **Email or website address** ygeron@geronlegaladvisors.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br><br> Address | | | ☐ No <br> ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Storage Post Self Storage <br> Name <br> 32 Grand Avenue <br> Brooklyn, NY 11205 <br><br> Address | | Costumes, props for various film projects. Contents auctioned 4/11/25 for non-payment. | ☑ No <br> ☐ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| | | | ☐ On appeal |
| **Case number** | Name | | ☐ Concluded |
| _____ | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.2. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.3. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Julie Foss<br>Name | From 06/01/2022<br>To 06/01/2024 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Nina Kolesik<br>Name | From 06/01/2024<br>To 12/31/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yale Productions, LLC | , | | 43.675 |
| Felix Productions, LLC | , | | 43.675 |
| The Forest Road Company, LLC | , | | 3.000 |
| Whitney Capital Partners, LLC | , | | 9.500 |
| Scott Levinson Productions, LLC | , | | 0.150 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Yale Productions, LLC | 0.00 | _____ | Distribution/salary to Jordan Levine |
| Name | | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| member | | _____ | |

| | Name and address of recipient | 0.00 | | Distribution/salary paid to Jordan Beckerman |
|---|---|---|---|---|
| 30.2 | Felix Productions, LLC | | _____ | |
| | Name | | _____ | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/14/2025
                MM  / DD  / YYYY

✖  /s/ Jordan Yale Levine and Jordan Beckerman          Printed name  Jordan Yale Levine and Jordan Beckerman
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor   Managing Members

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No
☑ Yes

## <u>Continuation Sheet for Official Form 207</u>

**7) Legal Actions**

GOLD CAPITAL USA v. YALE ENTERTAINMENT LLC, JORDAN ROY BECKMAN and JORDAN Y LEVINE

E2025005060

breach of contract

New York Supreme Court County of Monroe

99 Exchange Blvd # 545, Rochester, NY 14614

Pending

-------

KASH ADVANCE, LLC v. YALE ENTERTAINMENT INC D/B/A YALE ENTERTAINMENT ;EXAMINER CRYPTO;AYNIB LLC D/B/A AYNIB;HIGH HEAT LLC D/B/A HIGH HEAT;HIGH HEAT INC D/B/A HIUGH HEAT;HIGH HEAT INC D/B/A HIUGH HEAT;BARRON'S COVE THE FILM INC. D/B/A BARRON'S COVE THE FILM;IRONCLAD PICTURES, INC D/B/A IRONCLAD PICTURES;SHOTGUN LLC D/B/A SHOTGUN;HIGH HEAT LLC D/B/A HIGH HEAT;FOG OF WAR INC D/B/A FOG OF WAR;SEPERATION LLC D/B/A SEPERARTION and JORDAN Y LEVINE and JORDAN ROY BECKERMAN

030837/2025

breach of contract

New York Supreme Court County of Rockland

1 South Main Street, New City, NY 10956

Pending

-------

NewCo Capital Group VI LLC v. YALE ENTERTAINMENT LLC / YE / YP / YALE PROD / GREAT ESCAPE / LAFAYETTE PICTURES / A YALE ENTERTAINMENT COMPANY / YALE ENTERTAINMENT, LLC / YALE PRODUCTIONS LLC / YALE PRODUCTIONS / IRONCLAD PICTURES, INC. / BARRON'S COVE THE FILM INC. / PETUNIA, LLC / BARRON'S COVE THE FILM INC. / ADGE CORPORATION / FELIX PRODUCTIONS, LLC / YALE ENTERTAINMENT / JORDAN Y LEVINE and JORDAN ROY BECKERMAN

E2025003129

breach of contract

New York Supreme Court County of Monroe

99 Exchange Blvd # 545, Rochester, NY 14614

Pending

-------

BIZFUND LLC v. YALE ENTERTAINMENT LLC DBA YALE ENTERTAINMENT AND IRONCLAD PICTURES INC, AND BARRON S COVE THE FILM INC, AND WELCOME TO WILLITS LLC, AND JORDAN Y LEVINE, AND JORDAN ROY BECKERMAN

## Continuation Sheet for Official Form 207

E2025003820

breach of contract

New York Supreme Court County of Monroe

99 Exchange Blvd # 545, Rochester, NY 14614

Pending

-------

BIZFUND LLC v. YALE ENTERTAINMENT LLC and JORDAN ROY BECKERMAN

61138/2025

confession of judgment; notice of rejection filed 4/23/25

New York Supreme Court County of Westchester

111 Dr. Martin Luther King Jr. Blvd, White Plains, NY 10601

Pending

-------

20) Off-premises storage

| | |
|---|---|
| Extra Space Storage | 501 Schuyler Avenue, Lyndhurst, NJ 07071 |

26a) Bookkeepers

Gigi Lacks

**Yale Entertainment, LLC**

**Schedule A/B Part 3, Question 11 Attachment**

Accounts Receivable: Debtor has provided book value for this asset. Debtor's balance sheets for 2024 and YTD 2025 are annexed and the book value for the assets reflect amounts that the debtor has either (a) put into one or more of its subsidiaries to finish a film project, i.e. completion costs, or (b) amounts the debtor has paid towards debt it guaranteed for one or more of its subsidiaries in order to repay investors. The debtor therefore has a position in each subsidiary which it would be entitled to recoup if and when the subsidiary generates enough revenue (i.e. from sales of the relevant film project) to repay all of its outstanding obligations. To date, none of the listed subsidiaries have recovered sufficient funds to pay up to debtor.

Asset value reflects potential recoupment to debtor in the event of distribution from intercompany film ventures. Typical waterfall distribution on each film venture is as follows: senior debt; mezzanine debt; equity; deferred distributees; net profit shares. Debtor would generally sit in the equity position for contributions to the subsidiary, though in some cases when guaranteed debt has been repaid, the debtor would step into the shoes of the applicable party and would receive a distribution in the senior debt or mezzanine debt position.

**Schedule A/B Part 4, Question 15 Attachment**

Non-publicly traded stock and interests in incorporated and unincorporated businesses: Debtor has provided book value for this asset. Debtor owns all or a portion of most of its film venture subsidiaries. See annexed sheet for ownership details.

**Schedule A/B Part 5, Question 21 Attachment**

Finished goods: Debtor has provided approximate market value for this asset. Debtor's film library is annexed.

**SOFA Part 2, Question 4 Attachment**

Payments or transfers to insiders within 1 year of filing: Payments made to members within 1 year annexed.

**SOFA Part 2, Question 5 Attachment**

Repossessions, foreclosures, and returns: Creditor BizFund LLC has obtained a confession of judgment and attached to business bank accounts. Evidence of funds withdrawn annexed.

1:46 PM

04/29/25

Accrual Basis

**Yale Entertainment LLC**
## Balance Sheet
**As of December 31, 2024**

|  | Dec 31, 24 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Checking at Chase 8385 | 133,649.51 |
| Checking at Chase 5515 | 5,102.00 |
| **Total Checking/Savings** | 138,751.51 |
| **Other Current Assets** |  |
| Security Deposit | 40,000.00 |
| **Equity Investments** |  |
| Bandit the Movie, LLC | 470,491.00 |
| Confesstion The Movie LLC | -247.00 |
| Elektra/Rome | 390,000.00 |
| IUTGH the Movie, LLC | 26,190.00 |
| Plume | -13,915.11 |
| Prisoner 614 the Movie, LLC | 48.00 |
| Rare Objects The Movie, LLC | 99,325.00 |
| Equity Investments - Other | -35,000.00 |
| **Total Equity Investments** | 936,891.89 |
| **Intercompany Receivables** |  |
| Alone Together (CT Movie LLC) | 382,565.00 |
| ASATMU The Film Inc | 687.99 |
| AYNIB LLC | 803,277.61 |
| AYNIB INC | 108,189.68 |
| Barrons Cove LLC | 725,939.81 |
| BATB Inc. | 31,482.97 |
| BATB LLC | 1,438,358.88 |
| B & D Production LLC | 25.00 |
| Bandit The Film Inc | 555.40 |
| Bandit the Movie LLC | 1,109,858.67 |
| BANSHEE THE FILM INC | 375.00 |
| Banshee the Movie LLC | 1,873,903.68 |
| Barrons Cove The Film Inc | 80,104.60 |
| Becky the Movie LLC | 13,146.97 |
| Black Friday the Film Inc | 10,124.00 |
| Black Friday the Movie LLC | 157,185.05 |
| Bucky Dent the Film Inc | 8,992.81 |
| Bucky Dent the Movie LLC | 131,464.19 |
| Chick Fight The Movie LLC | 50.00 |
| Clawfoot  Inc | 15,449.50 |
| Clawfoot  LLC | 1,538,884.11 |
| Confession the Film Inc | 25.00 |
| Confession the Movie LLC | 10,317.80 |
| CT The Movie Inc | 172.00 |
| Dreambox LLC | 62,887.20 |

**1:46 PM**

**04/29/25**

**Accrual Basis**

# Yale Entertainment LLC
## Balance Sheet
### As of December 31, 2024

|  | Dec 31, 24 |
| --- | ---: |
| Examiner The Movie, LLC | 58.00 |
| Fog of War Inc | 160,633.33 |
| Fog of War LLC | 676,582.35 |
| Hereticks The Film Inc | 5,000.00 |
| Heretiks LLC | 5,460.00 |
| I Used To Go Here Too | 25.00 |
| JSYE Horror Slate | 257,616.68 |
| Lone Wolf The Movie LLC | 162,500.00 |
| Mama Bear the Film Inc | 124.38 |
| Midnight the Film Inc | 11,789.16 |
| Midnight the Movie LLC | 71,457.73 |
| Mama Bear the Movie LLC | 668,550.00 |
| Panama | 474,478.50 |
| Plume | 18,803.17 |
| Prisoner | 40,389.00 |
| Rare Objects | 1,716,476.62 |
| September Seventeenth Inc | 133,093.24 |
| September 17 LLC | 20,768.50 |
| Shotgun | 25.00 |
| Stranglehold Inc | 19,563.59 |
| Stranglehold LLC | 180.01 |
| Survivalist the Film Inc | 1,938.16 |
| Survivalist the Movie LLC | 101,810.00 |
| The Collective Inc | 29,053.87 |
| The Collective LLC | 931,423.37 |
| The Kill Room Inc | 5,131.00 |
| The Kill Room LLC | 440,767.51 |
| TLG | 2,046,436.48 |
| Intercompany Receivables - Other | 33,950.62 |
| **Total Intercompany Receivables** | **16,538,108.19** |
| **Loans Receivable** | |
| Bondit | 406,000.00 |
| **Total Loans Receivable** | **406,000.00** |
| **Total Other Current Assets** | **17,921,000.08** |
| **Total Current Assets** | **18,059,751.59** |
| **Other Assets** | |
| Prepaid Interest 2024 | 26,000.00 |
| **Total Other Assets** | **26,000.00** |
| **TOTAL ASSETS** | **18,085,751.59** |

**1:46 PM**

**04/29/25**

**Accrual Basis**

## Yale Entertainment LLC
## Balance Sheet
### As of December 31, 2024

|  | Dec 31, 24 |
| --- | ---: |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | 69,905.11 |
| **Total Accounts Payable** | 69,905.11 |
|  |  |
| **Credit Cards** |  |
| Chase Ink Business Card 8200 | 83,169.27 |
| Chase Ink Preferred Card 8233 | 33,762.09 |
| **Total Credit Cards** | 116,931.36 |
|  |  |
| **Other Current Liabilities** |  |
| **Payroll Tax Liabilities** |  |
| CO Income Tax | 171.00 |
| NC Income Tax | 736.00 |
| NC Unemploy ER | 192.30 |
| **Total Payroll Tax Liabilities** | 1,099.30 |
|  |  |
| **MCA and SBA Loans Payable** |  |
| BizFund LLC | 103,496.00 |
| FLAGLER | 157,500.00 |
| Forward Financing LLC | 21,407.00 |
| Gold Capital | 690,000.00 |
| NewCo Capital | 109,401.00 |
| Pearl Delta | 119,053.18 |
| Proventure | -4,497.00 |
| Redstone Loan 2 | -15,000.00 |
| Top Tier | 382,245.00 |
| SBA EIDL Loan | 1,984,236.10 |
| SBA Pilot Loan | 4,247,342.14 |
| **Total MCA and SBA Loans Payable** | 7,795,183.42 |
|  |  |
| **Intercompany Payable** |  |
| TCUC | 191,775.19 |
| **Total Intercompany Payable** | 191,775.19 |

1:46 PM

04/29/25

Accrual Basis

# Yale Entertainment LLC
## Balance Sheet
### As of December 31, 2024

|  | Dec 31, 24 |
|---|---|
| **Corporate Loans** | |
| Andrew Rich | 40,000.00 |
| Andrey Ivanov | 306,520.00 |
| Amber Martin | 170,000.00 |
| Ben Walter | 510,000.00 |
| Brian Cohen | 200,000.00 |
| Carla Jones | 130,000.00 |
| Dan and Jennifer Sandshaw | 150,000.00 |
| DRBJ Management Group, LLC | 550,000.00 |
| DRBJ Management | 200,000.00 |
| Edmund Lowell | 2,326,486.45 |
| Film Holdings Capital | 720,000.00 |
| Gigi Lacks | 121,000.00 |
| Gigi Lacks 2 | 55,000.00 |
| Greg Ruden | 946,600.00 |
| Gregory Ruden | 1,176,820.00 |
| Jeffrey Rothstein | 50,000.00 |
| Jeremy Rothstein | 300,000.00 |
| Jill Bussanich | 75,000.00 |
| Joshua Buchalter | 50,000.00 |
| SCOTT FINK | 50,000.00 |
| John Inguagiato | 83,020.00 |
| John Wollman | 50,000.00 |
| Kerberos | 2,910,000.00 |
| Kurt Ebner Long Term Loan | 1,210,000.00 |
| Matt Ajayi | 200,000.00 |
| Pinnacle Management | 186,000.00 |
| Robert Levine | 1,200,000.00 |
| SSS Ent - Bridge Loan #1 | -496,911.77 |
| SSS Ent - Bridge #2 | 719,500.00 |
| SCOTT R LEVENSON | 350,000.00 |
| Thomas Hirschfeld | 75,000.00 |
| Thomas Alexander | 100,000.00 |
| WHITNEY CAPITAL PARTNERS LLC | 186,550.00 |
| Corporate Loans - Other | -150,000.00 |
| **Total Corporate Loans** | 14,750,584.68 |

**1:46 PM**

**Yale Entertainment LLC**

**04/29/25**

**Balance Sheet**

**Accrual Basis**

**As of December 31, 2024**

|  | Dec 31, 24 |
|---|---|
| **Film Collateral Loans Payable** |  |
| Amy Newman | 40,000.00 |
| Dual Venture LLC | 1,000,000.00 |
| Jerre van den Bent | 150,000.00 |
| Matthew K Thomas | 50,000.00 |
| Ocean Crest Ventures LLC | 960,000.00 |
| P16 Ventures | 383,326.96 |
| Post Capital, LLC. | 62,500.00 |
| Rainmaker Films, LLC | 884,000.00 |
| Sky Hudson Holdings LLC | 202,312.50 |
| Torchlight Productions | 1,050,000.00 |
| **Total Film Collateral Loans Payable** | 4,782,139.46 |
| **Total Other Current Liabilities** | 27,520,782.05 |
| **Total Current Liabilities** | 27,707,618.52 |
| **Total Liabilities** | 27,707,618.52 |
| **Equity** |  |
| **Partner's Capital** |  |
| Capital Distributions Levine | -2,142,077.03 |
| Capital - Jordan Levine | -872,940.63 |
| Capital Distributions Beckerman | -1,821,658.00 |
| Capital - Jordan Beckerman | -1,029,144.00 |
| Capital - Forest Road Company | -36,442.27 |
| **Total Partner's Capital** | -5,902,261.93 |
| **Retained Earnings** | -875,657.91 |
| **Net Income** | -2,843,947.09 |
| **Total Equity** | -9,621,866.93 |
| **TOTAL LIABILITIES & EQUITY** | 18,085,751.59 |

1:45 PM

04/29/25

Accrual Basis

# Yale Entertainment LLC
# Balance Sheet
### As of April 29, 2025

|  | Apr 29, 25 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Checking at Chase 8385** | 50.10 |
| **Checking at Chase 5515** | 55.00 |
| **Total Checking/Savings** | 105.10 |
| **Other Current Assets** | |
| **Equity Investments** | |
| **Bandit the Movie, LLC** | 470,491.00 |
| **Confesstion The Movie LLC** | -247.00 |
| **Elektra/Rome** | 390,000.00 |
| **IUTGH the Movie, LLC** | 26,190.00 |
| **Plume** | -13,915.11 |
| **Prisoner 614 the Movie, LLC** | 48.00 |
| **Rare Objects The Movie, LLC** | 99,325.00 |
| **Equity Investments - Other** | -35,000.00 |
| **Total Equity Investments** | 936,891.89 |
| **Intercompany Receivables** | |
| **Alone Together (CT Movie LLC)** | 382,565.00 |
| **ASATMU The Film Inc** | 687.99 |
| **AYNIB LLC** | 803,277.61 |
| **AYNIB INC** | 108,189.68 |
| **Barrons Cove LLC** | 725,939.81 |
| **BATB Inc.** | 31,482.97 |
| **BATB LLC** | 1,438,358.88 |
| **B & D Production LLC** | 25.00 |
| **Bandit The Film Inc** | 555.40 |
| **Bandit the Movie LLC** | 1,109,858.67 |
| **BANSHEE THE FILM INC** | 375.00 |
| **Banshee the Movie LLC** | 1,873,903.68 |
| **Barrons Cove The Film Inc** | 81,604.60 |
| **Becky the Movie LLC** | 13,146.97 |
| **Black Friday the Film Inc** | 10,124.00 |
| **Black Friday the Movie LLC** | 157,185.05 |
| **Bucky Dent the Film Inc** | 8,992.81 |
| **Bucky Dent the Movie LLC** | 131,464.19 |
| **Chick Fight The Movie LLC** | 50.00 |
| **Clawfoot  Inc** | 15,449.50 |
| **Clawfoot  LLC** | 1,541,384.11 |
| **Confession the Film Inc** | 25.00 |
| **Confession the Movie LLC** | 10,317.80 |
| **CT The Movie Inc** | 172.00 |
| **Dreambox LLC** | 62,887.20 |
| **Examiner The Movie, LLC** | 58.00 |

**1:45 PM**

**04/29/25**

**Accrual Basis**

# Yale Entertainment LLC
# Balance Sheet
### As of April 29, 2025

|  | Apr 29, 25 |
| --- | --- |
| Fog of War Inc | 160,633.33 |
| Fog of War LLC | 676,582.35 |
| Hereticks The Film Inc | 5,000.00 |
| Heretiks LLC | 5,460.00 |
| I Used To Go Here Too | 25.00 |
| JSYE Horror Slate | 257,616.68 |
| Lone Wolf The Movie LLC | 162,500.00 |
| Mama Bear the Film Inc | 21,734.42 |
| Midnight the Film Inc | 11,789.16 |
| Midnight the Movie LLC | 71,457.73 |
| Mama Bear the Movie LLC | 668,550.00 |
| Panama | 474,478.50 |
| Plume | 18,803.17 |
| Prisoner | 40,389.00 |
| Rare Objects | 1,726,476.62 |
| September Seventeenth Inc | 133,093.24 |
| September 17 LLC | 20,768.50 |
| Shotgun | 25.00 |
| Stranglehold Inc | 19,563.59 |
| Stranglehold LLC | 341.01 |
| Survivalist the Film Inc | 1,938.16 |
| Survivalist the Movie LLC | 101,810.00 |
| The Collective Inc | 29,053.87 |
| The Collective LLC | 931,423.37 |
| The Kill Room Inc | 5,131.00 |
| The Kill Room LLC | 440,767.51 |
| TLG | 2,046,436.48 |
| Intercompany Receivables - Other | 33,950.62 |
| **Total Intercompany Receivables** | 16,573,879.23 |
| **Loans Receivable** | |
| Bondit | 406,000.00 |
| **Total Loans Receivable** | 406,000.00 |
| **Total Other Current Assets** | 17,916,771.12 |
| **Total Current Assets** | 17,916,876.22 |
| **Other Assets** | |
| Prepaid Interest 2024 | 33,500.00 |
| **Total Other Assets** | 33,500.00 |
| **TOTAL ASSETS** | 17,950,376.22 |

**1:45 PM**

**04/29/25**

**Accrual Basis**

## Yale Entertainment LLC
## Balance Sheet
### As of April 29, 2025

|  | Apr 29, 25 |
|---|---|
| **LIABILITIES & EQUITY** |  |
|   **Liabilities** |  |
|     **Current Liabilities** |  |
|       **Accounts Payable** |  |
|         Accounts Payable | 69,905.11 |
|       **Total Accounts Payable** | 69,905.11 |
|       **Credit Cards** |  |
|         Chase Ink Business Card 8200 | 77,434.55 |
|         Chase Ink Preferred Card 8233 | 36,183.32 |
|       **Total Credit Cards** | 113,617.87 |
|       **Other Current Liabilities** |  |
|         **Payroll Tax Liabilities** |  |
|           CO Income Tax | 171.00 |
|           NC Income Tax | 736.00 |
|           NC Unemploy ER | 192.30 |
|         **Total Payroll Tax Liabilities** | 1,099.30 |
|         **MCA and SBA Loans Payable** |  |
|           BizFund LLC | 86,418.00 |
|           FLAGLER | 82,500.00 |
|           Forward Financing LLC | 4,852.88 |
|           Gold Capital | 550,000.00 |
|           Kash Advance | 292,695.00 |
|           NewCo Capital | 92,031.00 |
|           Pearl Delta | 97,355.72 |
|           Top Tier | 281,896.50 |
|           SBA EIDL Loan | 1,984,236.10 |
|           SBA Pilot Loan | 4,247,342.14 |
|         **Total MCA and SBA Loans Payable** | 7,719,327.34 |
|         **Intercompany Payable** |  |
|           TCUC | 191,775.19 |
|         **Total Intercompany Payable** | 191,775.19 |

**1:45 PM**

04/29/25

Accrual Basis

## Yale Entertainment LLC
## Balance Sheet
### As of April 29, 2025

|  | Apr 29, 25 |
|---|---:|
| **Corporate Loans** | |
| Andrew Rich | 40,000.00 |
| Andrey Ivanov | 306,520.00 |
| Amber Martin | 170,000.00 |
| Ben Walter | 510,000.00 |
| Brian Cohen | 200,000.00 |
| Carla Jones | 130,000.00 |
| Dan and Jennifer Sandshaw | 150,000.00 |
| DRBJ Management Group, LLC | 550,000.00 |
| DRBJ Management | 200,000.00 |
| Edmund Lowell | 2,326,486.45 |
| Film Holdings Capital | 720,000.00 |
| Gigi Lacks | 121,000.00 |
| Gigi Lacks 2 | 55,000.00 |
| Greg Ruden | 946,600.00 |
| Gregory Ruden | 1,176,820.00 |
| Jeffrey Rothstein | 50,000.00 |
| Jeremy Rothstein | 300,000.00 |
| Jill Bussanich | 77,500.00 |
| Joshua Buchalter | 50,000.00 |
| SCOTT FINK | 50,000.00 |
| John Inguagiato | 83,020.00 |
| John Wollman | 50,000.00 |
| Kerberos | 2,910,000.00 |
| Kurt Ebner Long Term Loan | 1,210,000.00 |
| Matt Ajayi | 200,000.00 |
| Pinnacle Management | 186,000.00 |
| Post Capital, LLC | 275,000.00 |
| Robert Levine | 1,200,000.00 |
| SSS Ent - Bridge Loan #1 | -496,911.77 |
| SSS Ent - Bridge #2 | 719,500.00 |
| SCOTT R LEVENSON | 350,000.00 |
| Thomas Hirschfeld | 75,000.00 |
| Thomas Alexander | 100,000.00 |
| WHITNEY CAPITAL PARTNERS LLC | 135,284.00 |
| Corporate Loans - Other | -150,000.00 |
| **Total Corporate Loans** | 14,976,818.68 |

**Yale Entertainment LLC**
# Balance Sheet
**As of April 29, 2025**

|  | Apr 29, 25 |
|---|---|
| **Film Collateral Loans Payable** | |
| Amy Newman | 40,000.00 |
| Dual Venture LLC | 1,000,000.00 |
| Jerre van den Bent | 150,000.00 |
| Matthew K Thomas | 50,000.00 |
| Ocean Crest Ventures LLC | 957,000.00 |
| P16 Ventures | 383,326.96 |
| Post Capital, LLC. | 62,500.00 |
| Rainmaker Films, LLC | 884,000.00 |
| Sky Hudson Holdings LLC | 202,312.50 |
| Torchlight Productions | 1,050,000.00 |
| **Total Film Collateral Loans Payable** | 4,779,139.46 |
| **Total Other Current Liabilities** | 27,668,159.97 |
| **Total Current Liabilities** | 27,851,682.95 |
| **Total Liabilities** | 27,851,682.95 |
| **Equity** | |
| Partner's Capital | |
| Capital Distributions Levine | -2,134,077.03 |
| Capital - Jordan Levine | -880,940.63 |
| Capital Distributions Beckerman | -1,821,658.00 |
| Capital - Jordan Beckerman | -1,029,144.00 |
| Capital - Forest Road Company | -36,442.27 |
| **Total Partner's Capital** | -5,902,261.93 |
| Retained Earnings | -3,719,605.00 |
| Net Income | -279,439.80 |
| **Total Equity** | -9,901,306.73 |
| **TOTAL LIABILITIES & EQUITY** | **17,950,376.22** |

# Schedule A/B Part 4, Question 15 Attachment

### Yale Entertainment Ownership

| Entity Name | Ownership Status | Percentage |
|---|---|---|
| ASATMU The Movie, LLC | General Partner - No Ownership | 0.00% |
| B and D The Movie LLC | General Partner - No Ownership | Final in 2023 |
| Bandit the Movie LLC | Owner | 17.07% |
| Banshee the Movie LLC | General Partner - No Ownership | 0.00% |
| Becky The Movie LLC | General Partner - No Ownership | 0.00% |
| Black Friday The Movie, LLC | General Partner - No Ownership | 0.00% |
| Barrons Cove The Movie LLC | General Partner - No Ownership | 0.00% |
| Bird and The Bee The Movie LLC | General Partner - No Ownership | 0.00% |
| Bucky Dent The Movie LLC | General Partner - No Ownership | 0.00% |
| Chick Fight The Movie LLC | General Partner - No Ownership | 0.00% |
| Confession The Movie LLC | Owner | 50.00% |
| CT the Movie LLC | General Partner - No Ownership | 0.00% |
| Dreambox The Movie LLC | Owner | 100% |
| Examiner the Movie LLC | General Partner - No Ownership | 0.00% |
| Fog of War The Movie LLC | Owner | 100% |
| Groupies the Movie LLC | General Partner - No Ownership | 0.00% |
| I Used To Go Here The Movie LLC | Owner | Final in 2023 |
| King Cobra the Movie LLC | General Partner - No Ownership | 0.00% |
| Mama Bear the Movie LLC | General Partner - No Ownership | 0.00% |
| Panama The Movie, LLC | General Partner - No Ownership | 0.00% |
| Plume the Movie LLC | Owner | 8.70% |
| Prisoner 614 the Movie LLC | Owner | Final in 2023 |
| Rare Objects the Movie LLC | Owner | 6.73% |
| Shotgun the Movie LLC | General Partner - No Ownership | 0.00% |
| September Seventeenth LLC | General Partner - No Ownership | 0.00% |
| Survivalist The Movie, LLC | General Partner - No Ownership | 0.00% |
| TCUC The Movie LLC | General Partner - No Ownership | 0.00% |
| TKR The Film LLC | General Partner - No Ownership | 0.00% |
| TLG The Movie LLC | General Partner - No Ownership | 0.00% |
| The Collective LLC | General Partner - No Ownership | 0.00% |
| Great Escape Entertainment LLC | Owner | 100% |
| AYNIB The Movie LLC | General Partner - No Ownership | 0.00% |
| Clawfoot The Film LLC | General Partner - No Ownership | 0.00% |
| JYSE Horror Slate | Owner | 50.00% |

**Schedule A/B Part 5, Question 21 Attachment**

**Film Library**

| |
|---|
| King Cobra |
| Burn (Plume) |
| Hooking Up (Baily & Darla) |
| Becky |
| I Used To Go Here |
| Chick Fight |
| Rogue Hostage (Black Friday) |
| The Survivalist |
| Panama |
| As They Made Us |
| Code Name Banshee |
| Alone Together |
| Bandit |
| Confession |
| Reverse The Curse (Bucky Dent) |
| The Collective |
| The Kill Room |
| Cult Killer (The Last Girl) |
| Parachute (September Seventeenth) |
| Clawfoot |
| The Clean Up Crew |
| All You Need is Blood |

| |
|---|
| Fog of War |
| Rare Objects |
| High Heat |
| Barron's Cove |
| Electra |
| Pretty Thing (Bird and the Bee) |
| JSYE Slate (5 films) |

**Yale Entertainment LLC**
# Transactions by Account
As of December 31, 2024

| Type | Date | Name | Memo | Split | Debit | Credit |
|---|---|---|---|---|---|---|
| **Partner's Capital** | | | | | | |
| **Capital Distributions Levine** | | | | | | |
| Check | 01/05/2024 | Yale Productions LLC | ransaction#: 19502297675 | Checking at Chase 8385 | 50,000.00 | |
| Check | 02/05/2024 | Yale Productions LLC | ransaction#: 19786569943 | Checking at Chase 8385 | 50,000.00 | |
| Check | 02/29/2024 | Yale Productions LLC | ransaction#: 20014466046 | Checking at Chase 8385 | 50,000.00 | |
| Check | 04/03/2024 | Yale Productions LLC | ransaction#: 20350054327 | Checking at Chase 8385 | 50,000.00 | |
| Check | 05/07/2024 | Yale Productions LLC | May draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 06/03/2024 | Yale Productions LLC | June draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 06/28/2024 | Yale Productions LLC | July draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 07/31/2024 | Yale Productions LLC | August draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 09/24/2024 | Yale Productions LLC | September draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 11/07/2024 | Yale Productions LLC | November draw | Checking at Chase 8385 | 25,000.00 | |
| Check | 12/23/2024 | Jordan Levine | To run producer fees for AYNIB | Checking at Chase 8385 | 44,320.84 | |
| Deposit | 12/23/2024 | Jordan Levine | Deposit | Checking at Chase 8385 | | 44,320.84 |
| Deposit | 12/23/2024 | Jordan Levine | Deposit | Checking at Chase 8385 | | 44,320.84 |
| Check | 12/24/2024 | Jordan Levine | To run producer fees for AYNIB | Checking at Chase 8385 | 44,320.84 | |
| Deposit | 12/30/2024 | Jordan Levine | Deposit | Checking at Chase 8385 | | 10,000.00 |
| Check | 12/31/2024 | Jordan Levine | | Checking at Chase 8385 | 10,000.00 | |
| Total Capital Distributions Levine | | | | | 573,641.68 | 98,641.68 |
| **Capital - Jordan Levine** | | | | | | |
| Check | 09/24/2024 | American Express | Jordan paid for a Yale expense on his personal card | Checking at Chase 8385 | 340.20 | |
| Transfer | 09/27/2024 | | Funds Transfer from JYL's personal non-Yale accou | Checking at Chase 8385 | | 7,512.22 |
| Check | 11/07/2024 | American Express | Jordan paid for a Yale expense on his personal card | Checking at Chase 8385 | 970.65 | |
| Total Capital - Jordan Levine | | | | | 1,310.85 | 7,512.22 |
| **Capital Distributions Beckerman** | | | | | | |
| Check | 01/08/2024 | Felix Productions LLC | January Draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 02/06/2024 | Felix Productions LLC | February Draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 03/04/2024 | Felix Productions LLC | March Draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 04/04/2024 | Felix Productions LLC | April Draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 05/08/2024 | Felix Productions LLC | May draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 06/03/2024 | Felix Productions LLC | June draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 07/01/2024 | Felix Productions LLC | July draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 08/01/2024 | Felix Productions LLC | August draw | Checking at Chase 8385 | 50,000.00 | |
| Deposit | 09/05/2024 | Felix Productions LLC | Beckerman funding for loan payback of Expert Fund | Checking at Chase 8385 | | 120,000.00 |
| Transfer | 09/06/2024 | Felix Productions LLC | Funds Transfer | Checking at Chase 8385 | 100,000.00 | |
| Transfer | 09/10/2024 | Felix Productions LLC | September Draw | Checking at Chase 8385 | 50,000.00 | |
| Check | 11/06/2024 | Felix Productions LLC | Balance of Payback for the $120k | Checking at Chase 8385 | 20,000.00 | |
| Check | 11/07/2024 | Felix Productions LLC | October draw | Checking at Chase 8385 | 25,000.00 | |
| Total Capital Distributions Beckerman | | | | | 595,000.00 | 120,000.00 |
| **Capital - Jordan Beckerman** | | | | | | |
| Transfer | 08/22/2024 | Felix Productions LLC | Funds Transfer for Payroll | Checking at Chase 8385 | | 15,000.00 |
| Deposit | 09/10/2024 | Felix Productions LLC | Funding for Expert Funding payment due | Checking at Chase 8385 | | 15,000.00 |
| Transfer | 09/27/2024 | Felix Productions LLC | Funds Transfer | Checking at Chase 8385 | 30,000.00 | |
| Deposit | 11/01/2024 | Felix Productions LLC | Transfer to cover MCA payments | Checking at Chase 8385 | | 23,470.00 |
| Check | 11/06/2024 | Felix Productions LLC | | Checking at Chase 8385 | 23,470.00 | |
| Deposit | 12/23/2024 | Felix Productions LLC | Deposit | Checking at Chase 8385 | | 44,320.84 |
| Check | 12/27/2024 | Felix Productions LLC | something to do with producer fees, looking into | Checking at Chase 8385 | 44,320.84 | |

Payments to Insiders within 1 year

| | Type | Date | Name | Memo | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|
| Total Capital - Jordan Beckerman | | | | | | 97,790.84 | 97,790.84 |
| **Capital - Forest Road Company** | | | | | | | |
| Total Capital - Forest Road Company | | | | | | | |
| Total Partner's Capital | | | | | | 1,267,743.37 | 323,944.74 |
| **TOTAL** | | | | | | **1,267,743.37** | **323,944.74** |

WHITNEY CAPITAL PARTNERS LLC

| | | |
|---|---|---|
| Check | 01/12/2024 | 24,953.91 |
| Check | 02/09/2024 | 207,200.00 |
| Check | 02/12/2024 | 24,953.91 |
| Deposit | 02/23/2024 | 294,500.00 |
| Check | 03/12/2024 | 24,953.91 |
| Check | 04/12/2024 | 24,953.91 |
| Check | 04/19/2024 | 4,000.00 |
| Check | 05/13/2024 | 24,953.91 |
| Check | 05/15/2024 | 36,000.00 |
| Check | 06/14/2024 | 20,953.91 |
| Check | 07/12/2024 | 103,500.00 |
| Check | 08/13/2024 | 45,000.00 |
| Check | 12/27/2024 | 50,000.00 |
| Check | 01/06/2025 | 51,266.00 |

PLAT BUS CHECKING (...8385)

YALE ENTERTAINMENT LLC

# -$144,360.79

Available balance

 **Account & routing number**

-$62.71

Present balance

$0.00

Available credit

-$144,360.79

Available plus credit

# PLAT BUS CHECKING (...5515)

YALE ENTERTAINMENT LLC

# -$144,243.08

Available balance

#### (#) Account & routing number

| $55.00 | $0.00 | -$144,243.08 |
|---|---|---|
| Present balance | Available credit | Available plus credit |

| Statements | Paperless | Transfer money | More ⌄ |
|---|---|---|---|

## Uncollected funds

Total $0.00



**Refer a business to earn a cash bonus**

Earn up to $1,000 per calendar year by referring businesses that open a new, qualifying Chase business checking account.

Get started ›

## Transactions

### On hold

 ⌃

Total on hold: **$144,298.08**

| Date | Reason | Expires | Amount |
|---|---|---|---|
| Apr 23, 2025 | We've received a legal order to hold these funds in your account. | May 23, 2025 | $144,298.08 |

# On hold

Total on hold: **$144,298.08**

| Date | Reason | Expires | Amount |
|------|--------|---------|--------|
| Apr 23, 2025 | We've received a legal order to hold these funds in your account. | May 23, 2025 | $144,298.08 |

United States Bankruptcy Court

Southern District of New York

In re: Yale Entertainment, LLC

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:    05/14/2025

/s/ Jordan Yale Levine and Jordan Becke
Signature of Individual signing on behalf of debtor

Managing Members
Position or relationship to debtor

ACTRA
625 Church Street Suite 300
Toronto ON, NV

Amber Martin & Walter Geoffrey, Inc.

Amy and Matt Newman
90 Fairhaven Road
Cumberland, RI 2864

Andrey Ivanov
40 Bensmill Court
Reistertown, MD 21136

Andy Rich
2052 21st St Apt 3C
Astoria, NY 11105

Aviva Carroll
3932 51st Street
Woodside, NY 11377

Bandlow Law
1801 Century Park East Suite 2400
Los Angeles, CA 90067

Bee Hive Productions LLC
8815 Conroy Windermere Rd 375
Orlando, FL 32835

Ben Walter
40 Bensmill Court
Reistertown, MD 21136

Bill Kenwright Studios Limited
BKL House 1 Venice Walk
London, PA W2 IRR

BizFund LLC
2370 McDonald Ave Fl 2
Brooklyn, NY 11223

Bizfund LLC
315 Avenue U
Brooklyn, NY 11223

Blue Isle, LLC
1309 Coffeen Ave Suite 1200
Sheridan, WY 82801

Blue Rider Media Capital, Inc.
14011 Ventura Blvd.
Sherman Oaks, CA 91423

Brian Cohen
145 Hardy Pond Rd
Waltham, MA 2451

Brian Unger
72 Via Da Vinci
Clifton Park, NY 12065

Bush Gottlieb Law Corporation
801 N Brand Blvd 950
Glendale, CA 91203

Carla Jones
carlajonesre@gmail.com

Cast and Crew
450 Seventh Ave Suite 1703
New York, NY 10123

Cavallino Entertainment
340 Wood Lands Road
Harrison, NY 10528

Champ and Paper
355 Adelaide St W
Toronto, ON M5V 2L1 CA

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Cole Lannum
15 Stonehenge Drive
Westwood, MA 2090

Complex Management LLC
25 Little Bay Harbor Drive
Ponte Vedra Beach, FL 32082

Compumark
160 Blackfriars Rd
London, NJ

CT Corporation System
28 Liberty Street
New York, NY 10005

Dajana Gudic
7309 Franklin Ave 301
Los Angeles, CA 90046

Dan Sandshaw
dan.sandshaw@equalvision.com

David Nazar
United Wellness Solutions LLC
Paramus, NJ 7652

David Rudnick
8 Mohawk Rd
Canton, MA 2021

Declan Morgan
7901 4th St N Suite 300
Petersburg, FL 33702

Dual Venture
60 CUTTERMILL ROAD, SUITE 609
Great Neck, NY 11021

Edmund Lowell
373857 Baan Ur Ar Thorn Nong Hoy
Building 20 Floor 3
Chiangmai, IN 5000

Edward Nugent
317 Overbrook Rd
Piscataway, NJ 7046

EFM
11 Potzdamer Platz
Berlin, DE 10785

Element CPA PC
692 Kirkwood Ave SE D1
Atlanta, GA 30305-2296

Eric Goren
67 Aster St
Massapequa Park, NY 11762

Extra Space Storage
2795 East Cottonwood Pkwy Suite 300
Salt Lake City, UT 84121

FedEx
942 South Shady Grove Road
Memphis, TN 38120

Film Holdings Capital, LLC
15233 Ventura Blvd 620
Sherman Oaks, CA 91403

First Corporate Solutions
914 S Street
Sacramento, CA 95811

Flagler Advance LLC
333 Clematis St Ste 201
West Plam Beach, FL 33401

Forward Financing LLC
53 State St 20th Fl
Boston, MA 2109

Fox Rothschild LLP
101 Park Avenue 17th Floor
New York, NY 10178

Gelt Investments
6401 Congress Ave Suite 215
Boca Raton, FL 33487

Gigi Lacks
7018 Del Corso Lane
Delray Beach, FL 33446

GoDaddy
2155 E GoDaddy Way
Tempe, AZ 85284

Gold Capital USA
13101 W Washington Blvd
Los Angeles, CA 90066

Gold Capital USA aka Redstone
13101 W Washington Blvd
Los Angeles, CA 90066

Greg Mulligan
1 International Blvd Suite 400
Mahwah, NJ 7495

Greg Ruden
915 Mortonsberry Dr
Naperville, IL 60540


Harbor Post


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


Jeff Rothstein


Jeffrey B. Larson
6 Arlington St Unit 5
Boston, MA 2116


Jeremy Rothstein
Crescent Lane Advisors
175 Crescent Lane
Roslyn Heights, NY 11577


Jerre Van dan Bent
1630 Junior Drive
Dallas, TX 75208


Jerre Van den Bent
1631 Junior Drive
Dallas, TX 75209


Jill Bussanich
97 Seabreeze Ave
Middletown, NJ 7748


John Inguagiato
1 Pin Oak Road
West Caldwell, NJ 7006


John McMullan
55 Fifth Avenue Suite 1807
New York, NY 10003


John S Wollman
4048 Harmon Court
Collegeville, PA 19426


John Wollman
4048 Harmon Court
Collegeville, PA 19426


Joseph Huguenot


Josh Buchalter


Kash Advance LLC
475 Nothern Blvd Ste 36
Great Neck, NY 11021


Kash Advance LLC
111 Great Nock Rd
Suite 300
Great Neck, NY 11021


Kerberos Capital Fund III LP
17 North State St Suite 1600
Chicago, IL 60602


Kurt Ebner
10 Windermere Terrace
Short Hills, NJ 7078


Lake Michigan Credit Union
5540 Glenwood Hills Pkwy SE
Grand Rapids, MI 49512


Lumsden Mccormick CPA
396 Franklin St
Buffalo, NY 14202


MA Dept of Revenue Collective
100 Cambridge Street 1703
Boston, MA 2114


Mancini Shenk LLP
1925 Century Park East Suite 1700
Los Angeles, CA 90019


Marc McGivney
54 Warwick Road
Rockville Cntre, NY 11570


Matt Ajayi
6250 Hollywood Blvd Suite 7E
Los Angeles, CA 90028


Matt Ajayi
6251 Hollywood Blvd Suite 7E
Los Angeles, CA 90028

Maximus Seale
867 Grafton St 1067
Worcester, MA 1604

Megan Kelleher
444 Far Reach Rd
Westwood, MA 2090

Michael Burkert
101 La Serena Ave
Alamo, CA 94507

Miro Productions LLC
14 Neel Court
Sayville, NY 11782

Mohsen Mafinejad
122 Hackensack St 1st Floor
Woodridge, NJ 7075

Neal Cupersmith
Cupersmith Wilensky Stempler LLC
2500 McClellan Blvd STE 100
Pennsauken, NJ 8109

NewCo Capital
90 Broad St Ste 903
NewYork, NY 1004

NewCo Capital Group VI LLC
90 Broad Street
Suite 903
New York, NY 10004

Ocean Crest Ventures LLC
133 Old Quarry Road
Guilford, CT 6437

P16 Ventures, LLC
175 SECOND STREET SOUTH PH #16
ST. PETERSBURG, FL 33701

Patrick Heaphy
ONE BLUE HILL PLAZA, PEARL RIVER
NY, NY 10965

Patrick Heaphy
ONE BLUE HILL PLAZA, PEARL RIVER
NY, NY 10966

Patrick Heaphy
ONE BLUE HILL PLAZA, PEARL RIVER
NY, NY 10967

Patrick Heaphy
ONE BLUE HILL PLAZA, PEARL RIVER
NY, NY 10968

Paul Tietz
150 W 77th St Apt 2
New York, NY 10024

Paul Wedgewood
PE FILMS
1900 Avenue of the Stars
Los Angeles, CA 90267

Pearl Delta Funding LLC
470 2nd Ave #100
New York, NY 10016

Pearl Delta Funding LLC
55 Almeria Ave
2nd Floor
Miami, FL 33134

Pearl Delta Funding, LLC
55 Almeria Avenue
Miami, FL 33134

Pinnacle Mgmt Grp, Inc.
47 Cortlandt Trail
Mahwah, NJ 07430

Post Capital, LLC
4 North Lake Road
Armonk, NY 10504

Proventure Capital LLC
dba Top Tier Capital
101 Arch St Ste 1830
Boston, MA 02110

Proventure Capital LLC
666 Old Country Road
Garden City, NY 11530

Quealy & Moore
812 Alston Lane
Santa Barbara, CA 93108

Rainmaker Films, LLC
1 Bradbury Place
Riverside, CT 6878

Ramo Law
130 West 25th St Suite 4D
New York, NY 10001

Randy Kleinman
75 McCullsen Dr
Dix Hills, NY 11746

Randy Stephenson
10036 A Park Cedar Drive
Charlotte, NC 28210

RASI
5301 Southwest Pkwy 400
Austin, TX 78735

Robert Levine
36 Halyard Road
North Woodmere, NY 11581

Robin Haworth
447 Ft Washington Ave 53
New York, NY 10033

Rothman Brecher Ehrich Livingston dba RBEL
9250 Wilshire Blvd
Penthouse
Beverly Hills, CA 90212

Round the Hill Music
650 Fifth Ave Ste 1420
New York, NY 10019

Roz Rothstein
27110 Grand Central Pkwy 25W
Floral Park, NY 11005

RR1 Ventures LLC
916 Mortonsberry Dr
Naperville, IL 60540

Sabine Stener
Katsu Investments LLC
25 Highland Park Vlg 100857
Dallas, TX 75205

Scott Fink
127 Andover Road
Roslyn Heights, NY 11577

Scott Levenson
1431 Ocean Avenue 620
Santa Monica, CA 90401

Shaun Sanghani
1501A Wimbledon Dr Suite 130
Alexandria, LA 71301

Simon Cooper
717 St Georges Ave
Woodbridge, NJ 7095

Singleton Reynolds
925 West Georgia Street Suite 1200
Vancouver BC V6C 3L2, NV

Sky Holdings
Attn Robbin Paper 24023
Middleton Dr
Selbyville, DE 19975

SSS Entertainment LLC
1501A Wimbledon Dr Suite 130
Alexandria, LA 71301

SSS Entertainment LLC
William Tarver II, Samuel James Spurgeon
1501A Wimbledon Dr Suite 130
Alexandria, LA 71301

Steven Tussi
693 Peachtree St NE APT 17G
Atlanta, GA 30308

Storage Post
2795 Peachtree Rd NW Ste 300
Atlanta, GA 30305

SuperK Ventures LLC
11 Sollazzo Ln
Highland, NY 12528

Tara Martin
14542 7th Ave
Whitestone, NY 11357

Thomas Alexander
tompatman@gmail.com

Thomas Capital
2500 Bee Cave Road
Building One, Suite 390
Austin, TX 78701

Top Tier Capital
101 Arch St Ste 1830
Boston, MA 2110

Torchlight Entertainment
269 S Beverly Dr Ste 941
Beverly Hills, CA 90212

U.S. Small Business Administration
26 Federal Place
Suite 3100
New York, NY 10278

U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208

United Wellness Solutions, LLC/ David Nazar
38 Hemloack Dr
Paramus, NJ 7652

Various

Wagner Media Finance, LLC
5516 Montalcino Blvd.
Flower Mound, TX 75022

WGA
7000 W 3rd St
Los Angeles, CA 90048

Whitney Capital Partners
463 Seventh Avenue 12th Floor
New York, NY 10018

Will Hirschfeld
8 Palms Blvd
Los Angeles, CA 90034

William Green
17319 Foxborough Ln
Boca Raton, FL 33456

Work From Bed, LLC
4 Providence Rd
Marlton, NJ 8053

Zahavi LLC
488 NE 18th St, Unit 4312
Miami, FL 33132

# United States Bankruptcy Court

Southern District of New York

**In re** Yale Entertainment, LLC

Case No. _____

**Debtor**

Chapter 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $ _____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Our Services shall not include any litigation matter or defending any parties in adversary proceedings or depositions in the bankruptcy case, or any action in other courts absent further agreement.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/14/2025

*Date*

/s/ Yann Geron, 2252609

*Signature of Attorney*

Geron Legal Advisors LLC

*Name of law firm*

370 Lexington Avenue
1208
New York, NY 10017

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF <u>New York - Southern</u>

In re <u>Yale Entertainment, LLC</u>

_____
(Debtor(s))

Case No. _____

Chapter <u>7</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>Yale Entertainment, LLC</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

Yale Productions, LLC (43.675%)
Felix Productions, LLC (43.675%)

<u>05/14/2025</u>

Date

<u>/s/ Yann Geron</u>

Statement of attorney or Litigant