

**Alan Nisselson**
212.237.1000
anisselson@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

October 17, 2025

*<u>Electronically filed</u>*
Vito Genna
Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re: Yale Entertainment, LLC, aka Yale Productions ("**Debtor**")
      <u>Chapter 7 Case 25-10997-jpm</u>

Dear Mr. Genna:

I am the chapter 7 trustee of Yale Entertainment, LLC, aka Yale Productions ("**Debtor**").

This is to report that there may be funds in the Debtor's case that may be used to make distributions to creditors. Accordingly, this is to request that the clerk issue a notice of possible dividends and fix bar date for claims.

      Very truly yours,

      <u>/s/ Alan Nisselson</u>
      Alan Nisselson, Chapter 7 Trustee